No. 82–5660.   JONES *v.* KEMP, WARDEN, CHATHAM COUNTY CORRECTIONAL INSTITUTION.   C. A. 11th Cir. Certiorari denied.

No. 82–5663.   LAKE *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 82–5670.   TOWNES *v.* WAKE COUNTY EX REL. CARRINGTON.   Sup. Ct. N. C.   Certiorari denied.

No. 82–5672.   HOLT *v.* WYRICK, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 82–5673.   COOPER *v.* MARYLAND.   Ct. Sp. App. Md. Certiorari denied.

No. 82–5675.   ROSS *v.* HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 82–5676.   MILLER *v.* MILLER.   Ct. App. Ohio, Sandusky County.   Certiorari denied.

No. 82–5679.   SMITH *v.* LINAHAN ET AL.   C. A. 11th Cir. Certiorari denied.

No. 82–5680.   WILLIAMS *v.* MISSOURI.   Sup. Ct. Mo. Certiorari denied.

No. 82–5682.   ROUGHTON *v.* COURT OF COMMON PLEAS, LUCAS COUNTY, OHIO.   Sup. Ct. Ohio.   Certiorari denied.

No. 82–5685.   McQUEEN *v.* STATEN.   C. A. 11th Cir. Certiorari denied.

No. 82–5689.   WORTHON *v.* MISSOURI.   Sup. Ct. Mo. Certiorari denied.

No. 82–5690.   TYLER *v.* MISSOURI.   Sup. Ct. Mo.   Certiorari denied.